IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HENRY NORRIS HALL,

    Plaintiff,

v.                                                            Case No. 5:14cv187-MW/GRJ

NURSE McDOWELL, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Exhaust Administrative Remedies, ECF No. 20, is **GRANTED**." The Clerk shall close the file.

SO ORDERED on July 1, 2015.

                                                      s/Mark E. Walker
                                                      **United States District Judge**